### HOLLANDS v. WAYNE CIRCUIT JUDGE.

REFERENCE—EXAMINATION OF ACCOUNTS.

> The court has the right, on its own motion, to order a reference, under 2 How. Stat. § 7378, subd. 1, of a case requiring the examination or taking of an account, unless a jury is demanded within 10 days after joining issue, although both parties do not desire such reference.

*Mandamus* by William H. Hollands and others to compel Robert E. Frazer, circuit judge of Wayne county, to set aside an order of reference. Order to show cause denied June 14, 1898.

*Alexander D. Fowler*, for relators.

PER CURIAM. 2 How. Stat. § 7378, subd. 1, provides for a reference of such cause unless a jury is demanded within 10 days. No jury was demanded, and,

under the statute, the court had the right of its own motion to make the reference, notwithstanding both parties did not desire it.

The order to show cause is denied.